THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISAAC L. SMITH et al., Appellants, *v.* JAMES E. ALLEN, Commissioner of Highways of the Town of West Turin, Respondent.

*People ex rel. Smith* v. *Allen,* 37 App. Div. 248, affirmed.
(Argued February 27, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1899, reversing an order of Special Term granting a peremptory writ of mandamus directing the defendant, as commissioner of highways of the town of West Turin, to obey an order of the Lewis County Court commanding him to open and lay out a certain proposed highway in said town.

*H. H. Ryel* for appellants.

*Henry W. Bentley* for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.